**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CHRISTOPHER LEE TACKER and JENNIFER ELAINE TACKER DEBTORS**

**CASE NO. 26-12454-JDW**
**CHAPTER 7**

**CHAPTER 7 TRUSTEE'S RESPONSE AND OBJECTION TO SOUTHERN BANCORP BANK'S MOTION TO ABANDON AND FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Thomas C. Rollins, Jr., the duly appointed Chapter 7 Trustee (the "Trustee"), and files this Response and Objection to Southern Bancorp Bank's Motion to Abandon and for Relief from Automatic Stay [Dkt. No. 13] (the "Motion"). The Trustee objects to the relief requested at this time and states as follows:

1. The Trustee was appointed to investigate, preserve, and administer property of the bankruptcy estates of Christopher Lee Tacker and Jennifer Elaine Tacker.

2. The Debtors' schedules identify approximately $310,000.00 in anticipated governmental payments and also identify substantial farm equipment, including a combine, tractor, header, and other farm equipment, much of which is scheduled with an unknown value.

3. Southern Bancorp Bank asserts a claim of approximately $108,000.00 and seeks relief from the automatic stay and abandonment of collateral that includes governmental payments, farm equipment, accounts, farm products, general intangibles, and proceeds. Southern Bancorp Bank has not filed a proof of claim as of the date of this Response.

4. The Trustee has not received from the Debtors the documents and information necessary to determine the ownership, location, and value of the subject collateral. In particular, the Trustee has not yet received sufficient records concerning Chris and Jenny Farms Partnership, the ownership of the farm equipment, the anticipated governmental payments, or the Debtors' and Partnership's secured obligations.

5. The Trustee has obtained a UCC search reflecting multiple competing financing statements affecting farm equipment and related collateral, including filings in favor of the United States Department of Agriculture/Farm Service Agency, Southern Bancorp Bank, and CHS Capital, LLC. The validity, perfection, priority, and extent of the asserted liens remain under investigation.

6. The Debtors themselves have responded to the Motion and represented that Southern Bancorp Bank is greatly oversecured and that this is an asset case because equity exists in the governmental payments and/or farm equipment [Dkt. No. 19].

7. On the present record, the Trustee cannot determine that the property Southern Bancorp Bank seeks to have abandoned is burdensome to the Estates or is of inconsequential value and benefit to the Estates as required by 11 U.S.C. § 554(b).

8. Further, to the extent relief is requested under 11 U.S.C. § 362(d)(2), Southern Bancorp Bank bears the burden of proof on the issue of the Debtors' equity in the property pursuant to 11 U.S.C. § 362(g)(1). The present record does not establish that there is no equity available for administration.

9. The Trustee is promptly seeking the loan, lien, partnership, governmental-payment, equipment, and valuation records necessary to complete his investigation and determine whether some or all of the Motion may be resolved by agreement.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court deny the Motion at this time, or alternatively continue the requested relief and maintain the automatic stay while the Trustee completes his investigation, and grant such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED,
THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, THOMAS C. ROLLINS, JR., do hereby certify that I have this date electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing Chapter 7 Trustee's Response and Objection to Southern Bancorp Bank's Motion to Abandon and for Relief from Automatic Stay to all counsel of record and the Office of the United States Trustee.

THOMAS C. ROLLINS, JR., CHAPTER 7 TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com