IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE CHRISTOPHER LEE TACKER
JENNIFER ELAINE TACKER

NO. 26-12454-JDW
CHAPTER 7

MOTION FOR RELIEF FROM
THE AUTOMATIC STAY AND ABANDONMENT OF
PROPERTY OF THE ESTATE WITH AGREED ORDER

COMES NOW Deere & Company, by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 362 and 554, moves the Court for relief from the automatic stay and for abandonment of property by agreement of the Debtor and the Chapter 7 Trustee. As grounds for the relief requested, Deere & Company shows as follows:

(1) Debtor Christopher Lee Tacker is indebted to Deere & Company and to its affiliate, John Deere Financial, f.s.b. on three claims. The first such claim (account 8335, "Claim A") is a secured claim owed to Deere & Company in the petition date amount of $43,146.98, not including legal fees and costs of collection, the payment of which is secured by a John Deere Model 8285R tractor (serial number 1RW8285RKDP069681) (the "Tractor"). Copies of the account documents evidencing Claim A are attached hereto as Exhibit A.

(2) The second such claim (account 5648, "Claim B") is a secured claim owed to Deere & Company in the petition date amount of $45,089.59, not including legal fees and costs of collection,

the payment of which is secured by a John Deere Model 735D rigid draper (serial number 1H00735DVN0820094) (the "Draper"). Copies of the account documents evidencing Claim B are attached hereto as Exhibit B.

(3) The third such claim (account 7823, "Claim C") is a secured claim owed to John Deere Financial, f.s.b. in the petition date amount of $98,114.99, not including legal fees and costs of collection, the payment of which is secured by the Tractor and the Draper by virtue of the cross-collateral provisions of the account documents for Claim A and Claim B. Copies of the account documents evidencing Claim C are attached hereto as Exhibit C.

(4) The estimated retail value of the Tractor is $89,000.00, and the estimated retail value of the Draper is $61,000.00. The liquidation values of each are likely substantially less. The total of all of the claims secured by the Tractor and the Draper is $186,351.56. Accordingly, the Debtors own no equity in the Tractor or the Draper for the benefit of the estate.

(5) The Debtors are in possession of the Tractor and the Draper, and they wish to surrender them to Deere & Company.

(6) The Debtors and the Chapter 7 Trustee have consented to the relief requested in the form of the proposed Agreed Order for Relief from the Automatic Stay and for Abandonment

of Property attached hereto as Exhibit D. Good cause exists for the relief requested.

WHEREFORE, Deere & Company moves the Court to approve and to enter the Agreed Order for Relief from the Automatic Stay and Abandoning Property of the Estate which is attached hereto as Exhibit D. Deere & Company requests such other relief as may be appropriate.

Respectfully submitted,

DEERE & COMPANY

By and through its attorney:

/s/ Les Alvis
LES ALVIS
Bar Number 1548

OF COUNSEL:

RILEY, CALDWELL, CORK & ALVIS, P.A.
207 Court Street
Post Office Box 1836
Tupelo, Mississippi 38802-1836
(662) 842-8945

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I electronically filed the foregoing MOTION TO APPROVE AGREED ORDER FOR RELIEF FROM AUTOMATIC STAY AND ABANDONING PROPERTY OF THE ESTATE with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jeff D. Rawlings
Notices@rawlingsmacinnis.net

John M. Sherman
jsher203@bellsouth.net

Thomas Carl Rollins, Jr.
trustee@therollinsfirm.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

DATED: August 18, 2026

/s/ Les Alvis
LES ALVIS
Bar Number 1548
lalvis@rccalaw.com