IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE CHRISTOPHER LEE TACKER
JENNIFER ELAINE TACKER

NO. 26-12454-JDW
CHAPTER 7

AGREED ORDER FOR RELIEF FROM
AUTOMATIC STAY AND ABANDONING PROPERTY OF THE ESTATE

THIS DAY there on for consideration by the Court the motion [Doc. #25] of Deere & Company for relief from the automatic stay and abandonment of a John Deere Model 8285R tractor (serial number 1RW8285RKDP069681) (the "Tractor") and a John Deere Model 735D rigid draper (serial number 1H00735DVN0820094) (the "Draper") more particularly identified in the exhibits attached to said motion. The parties have stipulated that Deere & Company has duly perfected first priority purchase money security interests in the Tractor and the Drapers that said security interests secure indebtedness owing by the Debtors as shown in said exhibits, having a present combined unpaid balance of $186,351.56, not including legal fees and costs of collection; that, in view of the estimated retail values of the Tractor of $89,000.00 and the Draper of $61,000.00, and substantially

lesser liquidation values, there is no equity in the Tractor or the Draper for the benefit of the estate; that the Debtors are in possession of the Tractor and the Draper and that they wish to surrender them to Deere & Company; and that Deere & Company, the Debtors, and the Chapter 7 Trustee agree that the Tractor and the Draper should be abandoned and the automatic stay terminated.

IT IS THEREFORE ORDERED as follows:

(A) The Tractor and the Draper identified above are hereby abandoned from the estate.

(B) By operation of 11 U.S.C. § 362(c)(1), the automatic stay is hereby terminated as to the Tractor and the Draper so that Deere & Company may proceed with enforcement of its said security interests under applicable nonbankruptcy law.

(C) By agreement of the parties, the fourteen-day stay arising under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

## END OF ORDER ##

APPROVED AND AGREED AS TO CONTENT AND FORM:

/s/ John M. Sherman
JOHN M. SHERMAN
Bar Number 8807
Attorney for Debtors
P. O. Box 1900
Clarksdale, MS 38614
Tel. (662) 627-5301
jsher203@bellsouth.net

/s/ Les Alvis
LES ALVIS
Bar Number 1548
Attorney for Deere & Company
P. O. Box 1836
Tupelo, MS 38802-1836
Tel. (662) 842-8945
lalvis@rccalaw.com

/s/ T. C. Rollins
THOMAS CARL ROLLINS, JR.
Bar Number 103469
Chapter 7 Trustee
P. O. Box 13767
Jackson, MS 39211
Tel. (601) 500-5533
trustee@therollinsfirm.com