**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CHRISTOPHER LEE TACKER**
**AND JENNIFER ELAINE TACKER** **NO. 26-12454-JDW**

**SOUTHERN BANCORP BANK** **MOVANT**

**VS.**

**CHRISTOPHER LEE TACKER, DEBTOR,**
**JENNIFER ELAINE TACKER, DEBTOR,**
**AND THOMAS CARL ROLLINS, JR., TRUSTEE** **RESPONDENTS**

**ORDER ON MOTION TO ABANDON COLLATERAL AND LIFT STAY (DKT 13)**

This matter having come on before this Court on the motion of Southern Bancorp Bank ("Bank") to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 (Dkt. 13), the Debtors' Response thereto (Dkt. 19), and the Chapter 7 Trustee's Response and Objection thereto (Dkt. 24), and the Court having found that the Debtors, the Bank, and the Trustee are agreeable to the entry of this Order. Accordingly, the motion is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Bank's collateral, consisting of all inventory, accounts and farm products, crops, farm equipment, accounts receivable,

contract rights, chattel paper, documents, general intangibles, and all payments in cash or in kind under any current or future state or federal government farm programs, together with all proceeds thereof, is hereby abandoned pursuant to 11 U.S.C. § 554, and the automatic stay of 11 U.S.C. § 362 is hereby terminated as to the Bank's collateral. Since the Debtors' intent is to surrender the Bank's collateral, this Order shall become immediately effective and enforceable and shall not be stayed by Bankruptcy Rule 4001(a)(4).

##END OF ORDER##

Agreed:

/s/ Jeff Rawlings
Attorney for Southern Bancorp Bank

/s/ Thomas C. Rollins, Jr.
Chapter 7 Trustee

/s/ John M. Sherman
Attorney for Debtors

Submitted by:
Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642