**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CHRISTOPHER LEE TACKER**
**AND JENNIFER ELAINE TACKER** **NO. 26-12454-JDW**

**SOUTHERN BANCORP BANK** **MOVANT**

**VS.**

**CHRISTOPHER LEE TACKER, DEBTOR,**
**JENNIFER ELAINE TACKER, DEBTOR,**
**AND THOMAS CARL ROLLINS, JR., TRUSTEE** **RESPONDENTS**

**ORDER ON MOTION TO ABANDON**
**COLLATERAL AND LIFT STAY (DKT 13)**

This matter having come on before this Court on the motion of Southern Bancorp Bank ("Bank") to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 (Dkt. 13), the Debtors' Response thereto (Dkt. 19), and the Chapter 7 Trustee's Response and Objection thereto (Dkt. 24), and the Court having found that the Debtors, the Bank, and the Trustee are agreeable to the entry of this Order. Accordingly, the motion is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Bank's collateral, consisting of all inventory, accounts and farm products, crops, farm equipment, accounts receivable,

contract rights, chattel paper, documents, general intangibles, and all payments in cash or in kind under any current or future state or federal government farm programs, together with all proceeds thereof, is hereby abandoned pursuant to 11 U.S.C. § 554, and the automatic stay of 11 U.S.C. § 362 is hereby terminated as to the Bank's collateral. Since the Debtors' intent is to surrender the Bank's collateral, this Order shall become immediately effective and enforceable and shall not be stayed by Bankruptcy Rule 4001(a)(4).

##END OF ORDER##

Agreed:

/s/ Jeff Rawlings
Attorney for Southern Bancorp Bank

/s/ Thomas C. Rollins, Jr.
Chapter 7 Trustee

/s/ John M. Sherman
Attorney for Debtors

Submitted by:
Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

United States Bankruptcy Court
Northern District of Mississippi

In re:
Christopher Lee Tacker
Jennifer Elaine Tacker
Debtors

Case No. 26-12454-JDW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1
User: autodocke
Page 1 of 2
Date Rcvd: Sep 28, 2026
Form ID: pdf0003
Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Lee Tacker, Jennifer Elaine Tacker, 2668 S. Cherry Cove, Southaven, MS 38672-9604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeff D. Rawlings | on behalf of Creditor Southern Bancorp Bank Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| John M. Sherman | on behalf of Debtor Christopher Lee Tacker jsher203@bellsouth.net r48153@notify.bestcase.com |
| John M. Sherman | on behalf of Joint Debtor Jennifer Elaine Tacker jsher203@bellsouth.net r48153@notify.bestcase.com |
| Les Alvis | on behalf of Creditor Deere & Company lalvis@rccalaw.com lesalvis@comcast.net |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |

| | |
|---|---|
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 7