**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CHRISTOPHER LEE TACKER AND**
**JENNIFER ELAINE TACKER** **NO. 26-12454-JDW**

**CHS CAPITAL, LLC** **CREDITOR**

# NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Bradley T. Golmon of HOLCOMB LAW GROUP enters his appearance on behalf of **CREDITOR, CHS CAPITAL, LLC,** in the above styled and numbered cause of action.

Please add the address of Bradley T. Golmon, HOLCOMB LAW GROUP, 400 Enterprise Drive, Post Office Drawer 707, Oxford, Mississippi 38655-0707, phone: (662) 234-8775, and email bgolmon@holcombgroup.com and mstricklin@holcombgroup.com to the Court's mailing list along with the MEC filing system.

Respectfully submitted, this the 6th day of November, 2026.

**CHS CAPITAL, LLC,**
**CREDITOR**

By: *_/s/ Bradley T. Golmon_*
**BRADLEY T. GOLMON (MSB# 10261)**

OF COUNSEL:

HOLCOMB LAW GROUP
400 Enterprise Drive
Post Office Drawer 707
Oxford, Mississippi 38655
Telephone (662) 234-8775
Email: bgolmon@holcombgroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, BRADLEY T. GOLMON, do hereby certify that I have this date electronically transmitted via CM/ECF Noticing a true and correct copy of the above and foregoing NOTICE OF APPEARANCE OF COUNSEL to all counsel of record.

THIS, the 6th day of November, 2026.

*/s/ Bradley T. Golmon*
BRADLEY T. GOLMON